LAURIE A. TRAKTMAN (SBN 165588)
STEVEN M. REHAUT (SBN 121710)
**GILBERT & SACKMAN**
A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010-2732
Telephone: (323) 938-3000
Facsimile: (323) 937-9139

Attorneys for Plaintiffs

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(k) PLAN; INC.; SHEET METAL WORKERS LOCAL 88 VACATION FUND; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS 88 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE LOCAL 88 INDUSTRY PROMOTION FUND; BOARD OF TRUSTEES OF THE LOCAL 88 APPRENTICE TRAINING AND JOURNEYMAN EDUCATIONAL FUND; and BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD'S REFRIGERATION, INC.; WALTER PRICE LLOYD; YOLANDA BAUTISTA LLOYD; and SUSAN M. MASON, individuals,<br><br>Defendants. | Case No. CV12-7622 ABC (AGRx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR JUDGMENT |

1  Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona, and Nevada; Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona, and Nevada ("Health Plan"); Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan ("401(k) Plan"); Sheet Metal Workers Local 88 Vacation Fund ("Vacation Fund"); Board of Trustees of the Sheet Metal Workers 88 Retiree Health Plan ("Health Plan); Board of Trustees of the Local 88 Industry Promotion Fund ("Industry Fund"); Board of Trustees of the Local 88 Apprentice Training and Journeyman Educational Fund ("JATC"); and Board of Trustees of the Southern Nevada Air Conditioning & Sheet Metal Contractor's Association ("Dues Fund"), (collectively referred to as the "Sheet Metal Workers' Trust Funds" or "Trust Funds") and defendants, WALTER PRICE LLOYD and YOLANDA BAUTISTA LLOYD ("Individual Defendants"); and LLOYD'S REFRIGERATION, INC. ("Company") (collectively "Defendants"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.  The Court notes that defendant Susan M. Mason was dismissed without prejudice from this action.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Company, LLOYD'S REFRIGERATION, INC. and Individual Defendants, WALTER PRICE LLOYD and YOLANDA BAUTISTA LLOYD, are indebted to the Sheet Metal Workers' Trust Funds in the total amount of $101,890.60, as follows: $70,300.47 in contributions for the work months of June 2012 ($21,089.89) and July 2012 ($49,210.58); $14,060.09 in liquidated damages, interest in the amount of $7,030.04, and attorney fees in the amount of $10,500.

2. Judgment is entered in this case in favor of the Sheet Metal Workers Trust Funds and against the Company, LLOYD'S REFRIGERATION, INC. and Individual Defendants, WALTER PRICE LLOYD and YOLANDA BAUTISTA LLOYD, jointly and

severally, in the amount of $101,890.60 in delinquent employee benefit plan contributions, liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

    3. This Court retains jurisdiction over this matter through December 1, 2013 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Trust Funds by defendants. Supplemental judgments may be entered in this action against the Company and Individual Defendants and in favor of the Trust Funds for such sums as may be determined by the Trust Funds and established upon application to the Court by Declaration and noticed motion.

**IT IS SO ORDERED.**

Dated: December 6, 2012              _____

                                          United States District Court Judge